Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
FRESHTA Y. NAYAB

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRESHTA Y. NAYAB ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA; MERCANTILE ) <br> ADJUSTMENT BUREAU, LLC; TRANS ) <br> UNION LLC; and EXPERIAN ) <br> INFORMATION SOLUTIONS INC. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 16-cv-02868-W-JMA <br><br> **NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff FRESHTA Y. NAYAB ("Plaintiff") and Defendant TRANS UNION LLC ("Trans Union") have reached a settlement.

Plaintiff and Defendant Trans Union anticipate filing a joint motion dismissing Trans Union **only** from this action with prejudice within 60 days.

Respectfully submitted,

DATED: February 27, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff Freshta Y. Nayab