# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHTA NAYAB,<br><br>                     Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, et al.,<br><br>                     Defendants. | Case No.: 16-CV-2868 W (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. WITH PREJUDICE [DOC. 27]** |

Pending before the Court is a joint motion to dismiss Defendant Experian Information Solutions Inc. with prejudice. [Doc. 27.] Good cause appearing, the Court **GRANTS** the joint motion. Defendant Experian Information Solutions Inc. is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
Hon. Thomas J. Whelan
United States District Judge