UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHTA NAYAB,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, et al.,<br><br>  Defendants. | Case No.: 16-CV-2868 W (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 30]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. [Doc. 30.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated:  June 30, 2017

_____
Hon. Thomas J. Whelan
United States District Judge